# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAWN D. SMITH,<br><br>    **Plaintiff,**<br><br>    v.<br><br>CHRISTOPHER TRAPP, et al.,<br><br>    **Defendants.** | Case No. 14-3220-JAR-JPO |

## ORDER TO SHOW CAUSE

The docket indicates that the First Amended Complaint was served on Defendant Tamera Eggleston on September 13, 2017.[1] The time for Defendant to answer or otherwise respond to the First Amended Complaint has passed and the docket does not reflect that she has answered or otherwise responded to the First Amended Complaint.[2] The docket also does not reflect an extension of the time for Defendant Eggleston to answer or otherwise respond to the First Amended Complaint, or a motion seeking entry of default. Therefore, within fourteen (14) days of the date of this Order, Plaintiff must show cause in writing why this matter should not be dismissed without prejudice for lack of prosecution under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: October 27, 2017

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Doc. 94.

[2] *See* Fed. R. Civ. P. 12(a)(1)(A)(i).